1  RUKIN HYLAND DORIA & TINDALL LLP
   John F. Hyland (State Bar No. 178875)
2  Angela K. Perone (State Bar No. 245793)
   100 Pine Street, Suite 725
3  San Francisco, CA 94111
   Telephone: (415) 421-1800
4  Facsimile: (415) 421-1700
   johnhyland@rhdtlaw.com
5  angelaperone@rhdtlaw.com

6
   Attorneys for Plaintiff
7  LORENA KLOSS

8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                           SAN FRANCISCO DIVISION
11

12 LORENA KLOSS,                              CASE NO.: 4:10-cv-03812-SBA
13
                        Plaintiff,
14                                            **STIPULATION OF DISMISSAL AND
                                              [PROPOSED] ORDER**
15     vs.
16
17
18 MCCORMICK & SCHMICK'S
   SEAFOOD RESTAURANTS, INC., a
   corporation; MCCORMICK &
19 SCHMICK RESTAURANT CORP., a
   corporation; SPENGER'S FRESH FISH
20 GROTTO, a corporation; FRANK
   SPENGER COMPANY, a corporation;
21 and DOES 1 through 25 inclusive.
22                      Defendants.
23
24
25
26
27
28

- 1 -

Case No. 4:10-cv-03812-SBA                    STIPULATION OF DISMISSAL AND ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORENA KLOSS,<br><br>Plaintiff,<br><br>vs.<br><br>MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC., a corporation; MCCORMICK & SCHMICK RESTAURANT CORP., a corporation; SPENGER'S FRESH FISH GROTTO, a corporation; FRANK SPENGER COMPANY, a corporation; and DOES 1 through 25 inclusive.<br><br>Defendants. | CASE NO.: 4:10-cv-03812-SBA<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

WHEREAS, Plaintiff Lorena Kloss wishes to dismiss without prejudice Defendant Frank Spenger Company ("FSP") and Defendant Spenger's Fresh Fish Grotto from this lawsuit;

WHEREAS, Defendants MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and MCCORMICK & SCHMICK RESTAURANT CORP. served their Answer on August 23, 2010;

WHEREAS, Plaintiff Kloss and Defendants MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and MCCORMICK & SCHMICK RESTAURANT CORP. agree to such dismissals with each party bearing her/its own costs; and

WHEREAS, Plaintiff Kloss and Defendant FSP have signed a tolling agreement providing that Plaintiff Kloss will voluntarily dismiss FSP from this action without prejudice subject to her right to again assert claims against FSP if Kloss obtains additional facts or evidence revealing a basis for liability against FSP;

IT IS HEREBY STIPULATED by and between the parties hereto, though their respective counsel, that Plaintiff LORENA KLOSS shall dismiss, and hereby does dismiss, all claims against Defendants FRANK SPENGER COMPANY and SPENGER'S FRESH FISH GROTTO without prejudice pursuant to Federal Rules of Civil Procedure 41(a) with each side to bear its own costs and attorneys' fees.

Dated: September 27, 2010

RUKIN HYLAND DORIA & TINDALL LLP

By: /s/ Angela Perone
ANGELA PERONE

John F. Hyland
johnhyland@rhdtlaw.com
Angela K. Perone
angelaperone@rhdtlaw.com
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Plaintiff LORENA KLOSS

- 3 -

Case No. 3:10-cv-03812-SBA     STIPULATION OF DISMISSAL AND ORDER

| | |
|---|---|
| Dated: ~~September~~ 4, 2010<br>October | MILLER LAW GROUP<br><br>By: _/s/_<br>ADAM TULLMAN<br><br>Janine S. Simerly<br>jss@millerlawgroup.com<br>Katherine L. Kettler<br>klk@millerlawgroup.com<br>Adam J. Tullman<br>ajt@millerlawgroup.com<br>MILLER LAW GROUP<br>A Professional Corporation<br>111 Sutter Street, Suite 700<br>San Francisco, CA 94104<br>Telephone: (415) 464-4300<br>Facsimile: (415) 464-4336<br><br>Attorneys for Defendants McCormick & Schmick's Seafood Restaurants, Inc. and McCormick & Schmick Restaurant Corp. |
| Dated: ~~September~~ OCTOBER 15, 2010 | THE LAW OFFICE OF PAUL F. MAHLER<br><br>By: _/s/_<br>PAUL F. MAHLER<br><br>Paul F. Mahler<br>PMahler@MahlerLawOffice.com<br>THE LAW OFFICE OF PAUL F. MAHLER<br>2381 Mariner Square Drive, Suite 175<br>Alameda, CA 94501<br>Telephone: (510) 523-0100<br>Facsimile: (510) 523-0200<br><br>Attorneys for Defendant FRANK SPENGER COMPANY |

- 4 -

Case No. 3:10-cv-03812-SBA     STIPULATION OF DISMISSAL AND ORDER

| | |
|---|---|
| 1 | |

**ORDER**

WHEREAS, the parties having stipulated, pursuant to Federal Rules of Civil Procedure 41(a), the Court hereby dismisses Defendant Frank Spenger Company and Defendant Spenger's Fresh Fish Grotto without prejudice, and all parties shall bear their own costs and attorneys' fees.

It is hereby **ORDERED**.

Febaruary 7, 2011
Dated: ~~October XX, 20XX~~

_Saundra B Armstrong_
Hon. Saundra Brown Armstrong
United States District Court for the
Northern District of California

- 5 -

Case No. 4:10-cv-03812-SBA　　　STIPULATION OF DISMISSAL AND ORDER