UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LORENE KLOSS,<br><br>  Plaintiff,<br><br>vs.<br><br>MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC., et al.,<br><br>  Defendants. | Case No: C 10-3812 SBA<br><br>**ORDER**<br><br>Dkt. 12 |

Pursuant to the parties' stipulation, Dkt. 12, and good cause appearing therefrom,

IT IS HEREBY ORDERED THAT the instant action shall be submitted to binding arbitration pursuant to the terms of the parties' stipulation. The action shall be STAYED and ADMINISTRATIVELY CLOSED until such time as an arbitration award is issued. Within thirty days of the issuance of such award, any party may move to reopen the action and request the scheduling of a Case Management Conference.

IT IS SO ORDERED.

Dated: April 29, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge